**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARLA ELISA CORTEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>POST HOLDINGS, INC.,<br><br>                    Defendant. | Case No. 2:25-cv-02321-DJC<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER TO SUBSTITUTE DEFENDANT AND CHANGE CASE CAPTION**<br><br>Complaint filed: Aug. 14, 2025 |

## <u>ORDER</u>

Pursuant to the stipulation of the parties, and for good cause appearing therefore, Post Consumer Brands, LLC shall be substituted as the sole defendant in this case, in place of Post Holdings, Inc. All prior references to Post Holdings, Inc. in the parties' pleadings and papers filed to date will be deemed to be references to Post Consumer Brands, LLC for purposes of the litigation of this action and the case caption will be modified to reflect Post Consumer Brands, LLC as the sole defendant.

**IT IS SO ORDERED.**

Date: October 29, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE