CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA ELISA CORTEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POST CONSUMER BRANDS, LLC,<br><br>Defendant. | Case No. 2:25-cv-2321-DJC-JDP<br><br>**ORDER DISMISSING ACTION**<br><br>Judge:  Hon. Daniel J. Calabretta |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karla Elisa Cortez ("Plaintiff") and Defendant Post Consumer Brands, LLC ("Defendant") (collectively "the Parties") have filed a Joint Stipulation for Dismissal of this Action. Accordingly, the Court orders as follows:

1.  Plaintiff's individual claims in this action shall be dismissed with prejudice;

2.  The claims of the putative class members, if any, shall be dismissed without prejudice;

3.  Each Party shall bear their own attorneys' fees and costs.

4.  The Clerk shall close this case.

Dated:  April 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*Cortez v. Post Consumer Brands, LLC*, Case No. 2:25-cv-2321-DJC-JDP
ORDER DISMISSING ACTION